IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LYLE,<br>               Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br>               Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 11-1474 <br> ) Magistrate Judge Maureen P. Kelly <br> ) <br> ) <br> ) |

## **ORDER**

AND NOW, this 6th day of March, 2013, after the Plaintiff, George Lyle, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 4, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment [10] is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Motion for Summary Judgment [12] is DENIED.

IT IS FURTHER ORDERED that the decision of the administrative law judge ("ALJ") is REVERSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record by electronic filing